IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF:<br><br>Information Associated with Facebook Account Number 10011553918480 that is Stored at Premises Controlled by Meta Platforms, Inc. | Case No. 3:23-mj-466<br><br>**MOTION TO RE-SEAL SEARCH WARRANT AND AFFIDAVIT** |

  The United States of America, by Mac Schneider, Attorney United States Attorney for the District of North Dakota, and Christopher C. Myers, Assistant United States Attorney, moves the Court for an order sealing the Application and Affidavit for Search Warrant, with attachments, including the Affidavit of Michael B. Pochatek, Special Agent for the United States Department of Homeland Security, Homeland Security, the Search Warrant Return, and this Motion to Seal in the above-captioned matter for an additional 60 days to May 17, 2024.

  In support of this motion, the United States alleges and states:

  The Application and Affidavit for Search Warrant, with attachments, including the Affidavit of Special Agent Michael B. Pochatek, and the Search Warrant Return, includes name(s) and information which, if made public, may compromise an on-going investigation if this information is disclosed.

Dated: March 18, 2024

                        MAC SCHNEIDER
                        United States Attorney

By:   */s/ Christopher C. Myers*
       CHRISTOPHER C. MYERS
       Assistant United States Attorney
       ND Bar ID 05317
       655 First Avenue North, Suite 250
       Fargo, ND  58102-4932
       (701) 297-7400
       chris.c.myers@usdoj.gov
       Attorney for United States